IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 18-cv-1068-WJM-NRN

JOHN DOE, individually, and
RICHARD ROE, individually,

Plaintiffs,

v.

COLORADO COMMUNITY COLLEGE SYSTEM;
TRINIDAD STATE JUNIOR COLLEGE, a subdivision of Colorado Community College System,
CARMEN SIMONE, individually and in her official capacity,
ROBERT MARTINEZ, individually and in his official capacity,
CASEY SACKS, individually and in her official capacity,
DENNIS TRUJILLO JOHNSON, individually and in his capacity,
KERRY GABRIELSON, individually and in her capacity,
LORRIE VELASQUEZ, individually and in her capacity,
MICHELLE BLACK, individually and in her capacity, and
MATT YOUNG, individual and in his capacity,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion to Dismiss Second Amended Complaint [ECF 88] entered by Judge William J. Martínez on September 4, 2020, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion to Dismiss Second Amended Complaint [ECF 75] is granted. It is further

ORDERED that Plaintiff's claims, and this action, are dismissed with prejudice. It is further

ORDERED that final judgment is hereby entered in favor of Defendants, Colorado Community College System, Trinidad State Junior College, Carmen Simone, Robert Martinez, Casey Sacks, Dennis Trujillo Johnson, Kerry Gabrielson, Lorrie Vesasquez, Michelle Black, and Matt Young, and against Plaintiffs, John Doe and Richard Roe. It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED at Denver, Colorado this 4th day of September, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/A. Frank
A. Frank, Deputy Clerk